# FILED

08/10/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0160

**BRIAN M. LEBSOCK (MONTANA BAR NO. 13196)**
blebsock@postlebsock.com
POST & LEBSOCK, PLLC
201 W. MAIN ST., SUITE 101
MISSOULA, MT 59802
(406) 926-3418
*Attorney for Respondent/Appellant*

IN THE SUPREME COURT OF THE STATE OF MONTANA

Appeal No. DA-23-0160

| | |
|---|---|
| ERIKA DAWN PETERSEN-WEILACHER,<br><br>Petitioner/Appellee,<br><br>-v-<br><br>SCOTT MATTHEW WEILACHER,<br><br>Respondent/Appellant. | **ORDER GRANTING REQUEST FOR 5-DAY EXTENSION TO FILE APPELLANT'S REPLY BRIEF** |

Based on Appellant's *Request for 5-Day Extension to File Appellant's Reply Brief*, stipulation of opposing counsel, and good cause appearing, the request is granted, making Appellant's reply brief due **Monday, August 14, 2023.**.

DATED this ___ day of _____, 2023.

_____
Justice's Signature

# CERTIFICATE *of* SERVICE

This is to certify that on the 9th day of August, 2023 a true and correct copy of the foregoing was served by the method indicated below, and addressed to the following:

Caleb Simpson  
GERSH, SIMPSON & JOOS, PLLP  
121 Wisconsin Ave.  
Whitefish, Montana 59937  
(406) 862-7800  
simpson@bigskyattorneys.com

☐ Hand Delivery  
☐ U.S. Mail  
☐ Overnight Mail  
☐ Facsimile  
☒ e-File

/s/ _____

Electronically signed by:  
Mike McGrath  
Chief Justice, Montana Supreme Court  
August 10 2023